7:19-cv-03053-CS

## **Facts: continued-**

COUNT I: Violation of First, Second, Fourth and Fourteenth Amendments Rights
Under Title VII of the Civil Rights Acts as amended

1. Plaintiff incorporates by reference the facts alleged in the paragraphs below
2. Defendants owed a duty to respect and protect Plaintiff's Rights
3. Defendants violated the Plaintiff's rights
4. Defendants' actions were the direct and proximate result of Plaintiff's injuries.


COUNT II: Violation of Civil Rights Interference by Malicious Conduct &
Prosecution, Unequal Treatment & Protection, Defamation, Slander, Libel,
Sexual, Physical, Mental & Verbal Harassment, Retaliation, Right to
Petition the Government, Breach of Contract, Right to Due Process,
Right to Privacy & Property

1. Plaintiff incorporates by reference the facts alleged in paragraphs below
2. Defendants owed a duty to not to violate Plaintiffs Rights
3. Defendants violated the Plaintiff's rights
4. Defendants' actions were the direct and proximate result of Plaintiff's injuries.

The hunting rifle left to me by my Grandfather was being held because of an order of protection which expired on November 14,2018.  Despite multiple requests, Dave Ryan Chief of Police will not return it.  I allege Chief of Police Dave Ryan & Steven Eidam, one of the Pound Ridge Fire Chiefs, misused their influence, authority and abused their positions for their individual & mutual purposes and agendas damaging me & my children.

The orders of protection I was given, I claim resulted from their actions, false claims, reports & two false arrests back in April of 2016. As a 20 year member of the PRFD,  my good standing, my participation & reputation at the Pound Ridge Firehouse have all been adversely affected & I am being pushed out.  Our family's standing & reputation in this small town has been badly damaged.  My daughter & I feel we are living here without police protection because of a police chief, biased against us, who has ignored our serious concerns & threats to us.  There has been ongoing  harassment, discrimination & violation of our rights. Our lives have been completely turned upside down and as a result, my daughter and I continue to struggle.

My daughter was 17 when this  began. I was awarded custody approximately one week after my first arrest.  She went on to be an honor student at Cornell & I continued to be her sole means of financial support,  aside from the court ordered $25minimum monthly contribution her mother made directly to Cornell.  Initially the police had me ordered not to be able to communicate with either of my children (my son 21- born 5/3/94, ) or anyone from the Fire Department.

### Background of Peter & Patti D'Agostino
1986-  After dating 4 years, purchased 1st home in LI & married at the age of 20.
1994-  Paid off Mortgage & our 1st, Adam was born
1995-  Purchased home and moved to Pound Ridge
1998- Our daughter Alyssa was born,

### Plaintiff- Peter D'Agostino background
**From 2000-2010**
D'Agostino vs. Pound Ridge Well contamination
Peter D'Agostino PRFD membership

**From 2000-2003**
Plaintiff Joined the PRFD, earned fireman of the year, became a foreman.
Plaintiff commenced litigation D'Agostino vs Town of Pound Ridge for well water contamination.
Plaintiff  filed multiple notices of claims and a state complaint & simultaneously commenced a federal action seeking relief pursuant to the Resource Conservation and Recovery Act ( 42 USC § 6972).

**<u>From 2001-2007</u>**
I Advanced in Department from foreman to 2nd Lieutenant to 1st Lieutenant
Plaintiff began a media and Town wide environmental campaign against the municipality & town officials circulating petitions against the town.  It consisted of 35 reports in local papers as well as in the NYTimes and on News 12.  Various entities were involved including River Keeper, DEC, USGS, BCSD & other agencies. I started therapy for stress from the litigation.



2004- July  22  Final Judgment in Federal RCRA action, in favor of D'Agostino
      -Dec. 22  Amended Final Judgment, RCRA action, in favor of D'Agostino
2005 -June 8 Second Amended Final Judgment, RCRA action, in favor of
       D'Agostino
      -July 11 State complaint was dismissed per defendant's motion for summary judgment. The court held that the town established the claim was untimely under CPLR 214-c

**From 2006-2007**

Ongoing advances & improper remarks made towards plaintiff's MD Mrs. D'Agostino (MD)  by then Asst Chief Eidam.  They included long neck/shoulder massages at FD functions which were sensual in nature  sexually suggestive comments i.e. "your MD should get a tattoo just above her ass" while barbecuing outside of the tanker bay with ex-chief Jim Perry.

After MD was diagnosed with early menopause she expressed  jealousy of my therapist & accused me of having an emotional affair. I stopped by Eidam's shop (PR Auto) one Saturday morning to discuss something & he was working alone. He had a big grin on his face and said he wanted to "talk about sex" instead.  Prior to a court appearance one morning at the FD,  Eidam inappropriately buttoned my MDs blouse just above her nipple line in front of me as if marking his territory.  At home prior to the annual Christmas Party at the FD, I commented to my MD that she looked nice. She said she took that with a grain of salt and that she was looking forward to real compliments that mattered at the FD.  At the time, Eidam & his MD had separated and he was having a lot of family problems. Complaints of sexual harassment against Asst Chief  Eidam were brought to my attention by Lt. Dave Ekholm.  I discussed the issue of Asst. Chief Eidam's inappropriate behavior with Commissioner Joe Roemer as well.  I was troubled by MD's behavior & discussed it with my therapist,  MD & I had not had sex for about a year.  She offered  that it seemed likely MD could  be having an affair with Eidam.

**Winter**

There was the incident at a dinner in the banquet hall in Lewisboro.  The guests included the town officials, Police and Fire Department personnel. Eidam had separated from his MD and was there with Tammy, one of the Pound Ridge police officers he had started dating, but instead of dancing with her he was dancing with MD.  I received a phone call the next morning from  Eidam from his shop.  I remember speaking to him in my front yard. He asked me if I was upset about something about the party. I told him I didn't like the way he spoke to me at the table. I felt he was out of line telling me that I should not talk about my litigation with the town.  I also commented that as he had a new & attractive young girlfriend he didn't need to be dancing with MD so much.

At Fire Department events or any parties we attended, he was observed and others commented  how he would make advances to other people's wives, girlfriends and fiance's by attempting to massage them as well.  Having done the same  to MD on multiple occasions this caused conflict between us, as he was my superior officer and was putting me in a very uncomfortable position. I didn't feel like I had much

recourse  and tried to regard it as nothing more than harmless flirtation. I later asked MD to not engage him as it was going to cause problems.  She criticized me for not being man enough to do anything about it.

The  issue escalated when I received a formal complaint from my lieutenant David Ekholm who relayed that Chief Eidam had been making sexual advances & inappropriate comments towards his fiance & to the fiancee of member Frank Castelli and that there were others, including MD & that it needed to finally stop. I confronted  Eidam about the sexual harassment, told him how it made me & the others feel, that I didn't like it and nobody else liked it, that he had created an uncomfortable situation, that it was wrong  & that it needed to stop.

From that point on  our professional relationship completely changed and I was never treated the same. When supported I've seen how far members of PRFD have climbed and then how hard they've fallen when the rungs were cut. The malice towards me and the gravity of it is not something that I was fully aware of or something that was warranted apparently it stemmed back to this point.  When his regard for a member changed,  his retaliatory behavior often resulted in everyone being turned against you & it didn't end until he ran you out of the Fire Department. I often found my role as Captain denigrated to being below those of my subordinates & the chain of command being disregarded as a result.

2007-  June 26,  Appellate division upheld NYS Supreme Court's decision

2008-  Steve Eidam moves up from Asst. Chief to Chief, I moved up to Captain
        My MD denied having an affair & asked me to end my therapy.
        Our marriage went back to normal.  Family trip to  Europe, then my MD
         was diagnosed  with Non-Hodgkin's Lymphoma, was treated & cured by
        Cornell's top Specialists.

2009-  We went out for the 1st time to FD's Christmas party & learned Chief
        Eidam's girlfriend Tammy( **Pound Ridge Police Officer**) was pregnant.
        MD commented that Eidam was a disgusting person and he had crossed the
        line with her at that banquet dinner in Lewisboro.

## 2010-2020 Timeline  D'Agostino PRPD, PRFD &  Town of Pound Ridge

2010-   September 10, stipulation of settlement with Town of Pound Ridge,
Received check from the Town, Federal Matter was finally resolved.
Parties agreed not to engage in negative press or legal conflicts forever
& exchanged Releases to solidify & reflect our permanent agreement.



## 2012-2016

## 2012

 October 14th Letter from Plaintiff  in opposition to unorthodox changes to the
officer slate, turning down the nomination to continue a 6th year with the rank of
Captain thus allowing the officers under him to move up in ranks. Plaintiff was
contacted the next day by Chief Eidam & given a "one time only" warning not to
step down as Captain.
A meeting was held in response to the officer conflict over Chief Eidam staying
past his 5yr term as a chief & freezing the slate for the officers under him.  During
that meeting Chief Eidam verbally attacked the officers and threatened the
opposition.

Plaintiff received conflicting reports regarding questionable motives behind the manipulation of the nominations which were not disclosed to the officer corps. This included a conflict involving another officer and member, who then both resigned.

Plaintiff was asked by the officers to stay involved & thus accept a nomination for 2nd Lt. as a compromise which Chief Eidam initially opposed.Plaintiff was then nominated, accepted & then voted in as 2nd Lt.

**December 2012**
The planning period for what transpired in April 2016 that led to my arrests & our displacement for a year had actually begun years prior estimated to have been this December.

At that time there was a 90 minute unorthodox backroom meeting between the MD & the Chief Eidam at his place of business (PR Auto Repair).

MD was worried that the affair they had in 2007, something that she was hiding from her family, was in danger of being discovered.  They discussed her concerns about losing her children & home.

The Town of Pound Ridge has a long standing history of animosity with the plaintiff. Police Chief Ryan has an agenda & was building a reputation for himself as a champion against DV. of which Chief Eidam was aware. He sent MD to Chief Ryan's location, the site of a car accident. MD went to the accident and they met afterwards.  Several hours later Chief Ryan came to our house questioning my children & me in separate rooms later bringing in MD for a family meeting with him in our kitchen.  There was no DV alleged and he stated our marriage " was not there yet" & he said my response to him that I would do anything for my wife was the right answer.

The next day I went to his station to ask why he had come to my house. He told me MD was in contemplation of courses of action they had discussed privately the night before which he never disclosed to me. At this meeting in office  again there were no allegations of any abuse by me Chief Ryan said there were some questionable texts that upon review were found to be non threatening.

Given their respective roles in emergency services in a small town, these chief Eidam & Ryan  had a relationship on multiple levels. Chief Eidam was aware of  &

exploited the history of Town's animosity towards me and of Chief Ryan's zealotry with domestic violence  & used this all against me.  Over the years Eidam had demonstrated a pattern of using members & then running those of them out of "his" Firehouse when he was no longer able to manipulate them. With me he was motivated by his political agenda at the fire department.  I learned after my arrests in 2016 that Eidam alleged that I had threatened his life & was behind similar misrepresentations that came from his subordinates. James Dodge was among those that was identified to have also said I threatened his life & he was reprimanded by commissioner Ekholm for doing so.  As I came to learn the intent of the Ryan/Eidam/MD  plan was to enable  MD to get out of marriage,  confiscate my gun & issue restraining orders to keep the affair hidden with the intent to take our house, money and kids from me and run me out of town.

**Incidents occurring at the FD**
In an Officer meeting I was told by Eidam that when I was ready "to talk like a man"  I needed to come and see him at his repair shop (his satellite office from where he also conducted his FD business). I told him that I did not see any man in front of me to talk to. When the meeting concluded I went down to the rec room where we normally eat afterwards & he acted as if nothing had  happened at all.

In an officer meeting he berated  David Ekholm telling him that he was a disgrace and an embarrassment to the department and he should remove the captain's plate from his vehicle & he didn't deserve the position.

The constant harassment came in the form of lewd comments made regarding the membership officers and Commissioners on many occasions he  would make offensive & sexually explicit vile comments.  For example on numerous occasions he would express in detail what he wanted to do with Commisioner Friedland's young daughter  "I want to FUCK Friedland's Daughter". Expressing his sexual desires & at the same time  his contempt for Commissioner Friedland & encouraging the same sentiment from his officers.

Eidam would comment with disgust the state of his wife's vagina and about all middle aged womens vaginal secretions and the "disgusting things that come out of them" he referred to them as "Chunks"  It was upsetting & it felt as if he was attempting to solicit a similar comments from me regarding MD's anatomy & if I'd experienced the same in my sexual encounters with her.  At other diners he talked about wanting to f*** the wife of the Town supervisor & others.  He remarked he didn't care who was there before him because "that junk all washes out".

He often was responsible for instigating ill will against the membership officers & commissioners Ray Clark and commissioner Friedland during his first year as Chief. He expressed dissatisfaction regarding 1st lt James Dodge as his "biggest problem" as a chief.  He would make negative & derogatory comments about all the officers and regularly referred to Chief Brent as "numbnuts."

If there was an empty chair next to me at a meeting he would come and sit down taking twice the space he needed leaning on me, crowding  and invading my personal space.

I believe when after many years we were having a drill at the flashover simulator in Stamford. I remember how Eidam publicly embarrassed me by complaining about being stuck with me for a partner.

**December 2015**
During an argument in an attempt of intimidation MD called Chief Ryan on speed dial & then hung up.  Officer Donato came threatening me & forced me into having to take an ambulance ride to the hospital for an evaluation.  I was discharged a few hours later.
MD told me that is not what she wanted to happen &  that she was misled by the police.  I later found she had contacted a divorce attorney. When confronted, she claimed it was because she thought I was going to divorce her for her unjustifiable actions against me with the police again.

**2016**
On or about Feb 20, MD took off in plaintiff's jeep and left her husband & daughter without disclosing the reason why or where she was going. There had been an argument because my daughter had commented on her lack of appreciation to me because I was in the process of buying her a Rolex watch for her 50th birthday with money that I had been saving for many years.  The night prior Plaintiff had been punched in the eye by MD in anger while sitting on the couch. I had approximately $8k in cash. Part of it was money that my daughter had lent to me and all of this money was later stolen by MD.

On or about Feb 26 MD returned, claiming she had stayed in a shelter for women. She packed her bags and was combative with the plaintiff, assaulted and dragged the daughter outside calling for help as if she was the victim and not the assailant. Plaintiff interceded and asked MD to take her things & leave immediately.  MD took Plaintiff's jeep & it was left down the road from our home. MD was taken by Melinda Velez  to Four Winds hospital where she was admitted & stayed for about

a week.

Phone records later negated MD's  claims of having been in any shelter as claimed she was prior to being admitted to Four Winds.
MD later recanted shelter claims and provided another alibi(she was at the Velez house) which was also later discounted. The undisclosed whereabouts of MD are now believed to have been at the home of the defendant Eidam, with whom she had previously had an affair and had gone back to.

During the six day disappearance it was discovered that  MD researched divorce tactics & the use of Domestic Violence Claims to get the house from her spouse
https://www.gregoryforman.com/publications/five-ways-to-get-a-spouse/



This is a screenshot from Feb.23 2016 of my ex-wifes cell phone.

After my wife was released from 4 Winds Psychiatric Facility.  We learned that she had lied to us about where she was the week prior to being admitted.

We then discovered that she was doing this research.  Her research included the Five ways to get the house from the Spouse article which suggest making DV allegations.

**March 2016**

Velez Family- Pound Ridge Residents - obtained an OOP against the Plaintiff
Victor & Melinda Velez -Parents of Samantha Velez
Samantha Velez-was best friend of plaintiff's daughter since elementary school
Melinda Velez- Brought MD to be admitted to  Four Winds Hospital
Melinda Velez  -primary witness for MD against the plaintiff.

MD was admitted to Four Winds Psychiatric Facility, for reasons undisclosed &
restricted access.  Plaintiff was later informed that MD had no intention of
returning home. Thereafter plaintiff was contacted by the facility & MD.  There
was a case conference and an in person meeting where MD expressed her desire to
return home.The facility required a CPS investigation of MD prior to her release
based upon concerns for the minor pertaining to concerns about MD.

Assurances were given that the patient was prepared to come home & there would
be no recurrences & she would not run out on their daughter again.
.
A CPS visit was made to the residence, plaintiff & daughter attributed theMD's
irrational behaviors, her recent car accident & unexplainable actions as being
consistent  with her post chemo/cancer and other irrational behaviors in recent
years. The investigation was closed and the MD was released to the plaintiff's care
a couple of  days later. At no time were any concerns or allegations about the
plaintiff made, brought up or alluded to in any way by the representatives of Four
winds or CPS.

In the subsequent weeks Plaintiff & Daughter became aware of a number of facts
indicating they were misled about a number of issues. This included phone records
refuting the whereabouts of MD during the week of her disappearance, and
evidence of  research about using DV allegations to get the house.

The plaintiff & his daughter then had a meeting with Mr. & Mrs. Velez  at their
home for clarification regarding their involvement about Mrs. Velez being the
person who brought MD to Four Winds, about her being the only permitted visitor,
and about MD's revised claims she was staying at the Velez home the week of her
disappearance.

Mr. Velez claimed  never saw MD at his home at any time during that period
however he confirmed seeing the plaintiff's jeep wrangler which MD had taken in a
neighbor's driveway during that week. Mr. Velez's story was later corroborated by
his18 year old daughter Samantha.

The Velez's were updated on the conditions of the release of MD from Four Winds, that she would continue with treatment, refrain from being combative and assured she would not be run out of her family again.  Mr. Velez made clear that he was aware of the situation & did not believe  MD was behaving like herself,  They explained that as mandated reporters they were ethically and legally bound to report any concerns or suspicions of abuse to the State  They said this was not  a concern they've ever had  & concurred it would be best that their family refrain from further entanglement.

**April 1**st MD snapped again and attacked me while fleeing home on foot, leaving me with bruises, bite marks & a black eye. We searched all over town that afternoon and evening for her.  We contacted the Velez's & learned that she was at their home. We argued with Velez's because they broke their promise to us.  They made complaints to the police & MD came with the Police & got her things.

**April 2nd** Chief Ryan came to the house was not in uniform, with another officer who was. He told plaintiff's daughter  he was just there "as a friend"& made her go into the office with him. He then informed  that he poured out all of the alcohol in the house. When she inquired if he had a warrant he got very angry with her.

**April 3rd** I went to the police with my daughter for help & we reported MD was still missing,  I had multiple bruises and injuries.  I was detained all day, I was supposed to take my daughter for lunch. Chief Ryan told my daughter she couldn't be in the same room or else she would  have to give her own statement or leave so she went home. , Chief Ryan went to my house with my wife & her friend Melinda Velez, my daughter had to pack her things & leave. My daughter was informed they were going to issue restraining orders on daughter's and son's  behalf and told daughter she couldn't talk to me  or I would go to jail for up to 7 years and that she could either stay in the house, move in with Mrs. Velez, or go to a group home. My son was 21 at the time and living at school. He had no idea the restraining order was placed on him. My daughter spoke with him a few hours later and he asked  if he should call me and she told him about the order. He said he had just talked to Chief Ryan and he didn't mention it at all.

The police had no interest in my story or my injuries or the fact that my wife had been just recently released to me from a psychiatric facility.  Instead I was arrested & then waited at FD for arraignment a couple of hours, I called town attorney's house spoke to Mrs. Harrington. Multiple  restraining orders were issued, then I was taken home to pack, I had to give them my grandfather's hunting rifle and I was forced to leave my house.

As my daughter recounted the day Chief Ryan helped Mrs.Velez & MD write false depositions in which Mrs. Velez  said she's "known about the abuse from Patti's husband and daughter for years". Just weeks before the Velez's had explained they were mandated reporters who had nothing to report.  Her kids were often with me & her at our home, Mrs. Velez hired my daughter to work with her in an elementary school, she referred me for babysitting and lifeguarding jobs, and had me spend time with her kids 24/7. The cops supervised my daughter while packing her things and told her that they were "surprised they weren't arresting her  too" because of the allegations made against her and that they were so bad she "would have to go to jail not juvie."

**April 3rd-11th**
On the 4th I filed papers for custody of my daughter Alyssa in family court & retained a criminal lawyer.  I stayed at my dad's. Then stayed at different hotels in Stamford,Norwalk & Poughkeepsie.   During this week I received a call on my cell from David Ryan; he informed me that there were multiple witnesses against me from the fire department including Eidam.


**April 11th-**
I went to Court for & got custody of my daughter. My son was 21 & at school but the police chief had filed a restraining order on his behalf without informing him. After several attempts in PR criminal court that was removed. My daughter stayed with me on weekends in hotels and at her friends during school week.

We went to Chase & learned $51,000 was taken from money being set aside to pay off Heloc before 2018.  Had to stop multiple withdrawals in process from our other bank accounts .MD was able to steal some other money as well & ultimately I had to pay off our $260k Heloc on my own in 2017.  I was able to protect the money by putting it in our daughter's account for college.  She was starting in the fall.  MD totally misrepresented her financials to the court. I was in no situation to be aware of what she was doing or provide my information to my attorney.

April 24th  I was called & threatened 3x on the phone by MD, she also attempted service of  divorce papers to the hotel, while I was having dinner with my daughter.

5/15/2016                                   Optimum Voice Call History

**Optimum Voice Call History Details for (914) 764-0213**
**Phone Number (914) 438-1175 04/15/2016 - 05/15/2016 (all rows)**

| 6 | 04/24/2016 07:37 PM | Outbound | (914) 438-1175 | White Pls, NY | 3:13 |
|---|---|---|---|---|---|
| 7 | 04/24/2016 07:34 PM | Outbound | (914) 438-1175 | White Pls, NY | 0:02 |
| 8 | 04/24/2016 07:29 PM | Outbound | (914) 438-1175 | White Pls, NY | 1:52 |
| 9 | 04/20/2016 05:16 PM | Outbound | (914) 438-1175 | White Pls, NY | 155:54 |
| 10 | 04/20/2016 03:43 PM | Outbound | (914) 438-1175 | White Pls, NY | 14:03 |

Log for all calls from the house number (914)-764-0213 with my cell phone (914)438-1175 from April 15th to May 15 2016.  My wife had interim occupancy at the time.

In family court the OOP prohibiting communication with my wife was modified to permit written communication only regarding the children.

The call log above shows that the calls were all (outbound) from my wife to my cell phone.

There were 2 calls on April 20th the 1st went over 14 minutes & the 2nd went over 155 minutes.

As detailed in my notes on the April 25th fax cover sheet, on the evening of the 24th after my daughter had gone to our home to try & talk with her mother, my wife called me 3X. She was in a rage because my daughter had gone to the house & my wife told me she was going to make me pay for that.  The next day as I detailed I was arrested again while I was at a court appearance at the Town Hall.

**April 25th**

I was arrested during court appearance. (my phone records indicated there were phone calls between the town court/my house preceding all my court appearances). On the day I was arrested for the second time, it was through a  combined effort between Chief Ryan who is biased against me and Tamara Mitchell, the attorney representing MD who was using a domestic violence tactic to gain leverage in the divorce proceedings.  As I had custody of our daughter, MD had requested in court that we have communication pertaining to our daughter. The court granted her ability to have written communications with me. MD violated that agreement multiple times by calling me when she saw fit and by discussing what she wanted when she wanted. She was upset that the night before she called me three times (as evidenced above)  to let me know that she was going to get even with me. It is clear stated  on the fax cover sheet that forwarded the communications to Chief Ryan that MD was not threatened by me in any way and there was no reason to arrest me again at all.





AVALON AGENCY
I N S U R A N C E

ATTACHED ARE THE COMMUNICATION
TYPES THAT MY LAWYER SUGGESTED
YOU REVIEW. THERE IS NO
THREAT IMPLIED IN THEM AN

I DO DO NOT FEEL THREATENED
BY THEM. THE TEXTS ARE PASTED
IN CHRONOLOGICAL ORDER, MY (TO THE BEST OF MY ABILITY)
RESPONSES ARE THE ONES IN GRAY

PLEASE ADVISE YOUR THOUGHTS

because ally
wasn't able to
provide it

This is all a roll
& responsibility
which was
yours. Your
criticism of me

the last part of
this financial
aid fax without
working out
this part

I am working at
a great
disadvantage

tell you this
Patti I have
been refusing
to posture I'm
not thinking
about money
I'm thinking
about what you
and Aly [now
the priority ]and
Adam can live

I believe she
needs you in
her life. What
you're doing by
trying to
convince
yourself and

**10% NEW HOME BUYER DISCOUNT!**

444B Old Post Road, Bedford, NY  10506  Phone 914.234.5678  info@avalonagency.com

To the left is the handwritten cover sheet & fax sent on April 25th by my ex-wife forwarding our written communications to Chief Ryan.  He used them to allege I had been violating the restraining order and arrest me a second time, when that's not what was going on.  In a clear violation of the order in place limiting our communication, in a fit of rage my wife had phoned me the night before 3x complaining that our daughter had gone to the house.  She threatened me, promising there would be retaliation for that & kept hanging up.  *(Please see attached phone records)*

I was not the angry & dangerous one violating the court order my wife was.  On April 24th I was having dinner with my daughter, without ever even telling me, after 30yrs of devotion, my wife was attempting to have me served with divorce papers at the hotel.  I didn't find out until I returned that night. It was a Sunday evening so after dinner my daughter headed back to where she was staying during the school week. At that point it was at the home of our family friends located down the road from ours. From what I was told I believe that my wife was angered because she had PRFD Chief Eidam in our bedroom & they had come close to being discovered by my daughter.  My wife blamed me for the visit because my daughter had tried to remind her of what a beautiful family she had & what she was throwing away.  My wife blew up on my daughter who on her way out left out a family photo to make her point.

From the day I was 1st arrested on April 3rd all I was trying to do was save our family & get us home, it cost us almost everything, including the case, we were losing in Court. I believe it was almost December when I had no choice but to accept it and to start fighting back.  This handwritten cover note from April 25th, evidences the continued effort between my wife's divorce attorney & Chief Ryan to wrongfully level charges against me and arrest me. It reads, *"Attached are the communication types that my lawyer suggested you review.  There is no threat implied in them and I do not feel threatened by them.  The texts are pasted in chronological order (to the best of my ability) my responses are the ones in gray. Please advise your thoughts. Patti D'Agostino"* That day while seated in town hall for an appearance on the 1st arrest (in my life), Chief Ryan was working to carry out my wife's threats, made the night before.  I was a 49 yr old family man, respected resident for over 20 years, I had been a PRFD officer(15yrs), was Captain(5yrs) & head of JR.Corps (6yrs) & I was handcuffed and arrested again.

Our daughter was graduating HS & preparing for college. Having obtained full custody on April 11th it was per my wife's request that I had agreed to a "written communication only" order pertaining to our children.  This was the only communication permitted with the person who had blindsided me with false allegations, forced us from our home and without my son's knowledge had a restraining order filed on his behalf, he was a 21 year old student away in college.

Powerless at the time, feeling desperate not understanding my wife's behavior I contacted my wife's oncologist, Dr. Morton Coleman, he's 1 of the top 3 lymphoma doctors in the world. In treating her cancer & saving her life he got to know us, he pointed out that he wasn't her psychiatrist but said it sounded to him like she must have had some sort of psychotic break. I had invested 34 years of my life with someone who had just recently had been discharged from a Psychiatric facility.  She was destroying our family, everything we had built and draining all the money she was able to get her hands on from our accounts.  The Pound Ridge PD would not listen to me or my daughter.  As has been well documented by her attorney, the PRPD were enmeshed in this, they were on a 1st name basis having become her personal henchmen, empowered her to make our lives a living hell.

Having been together so long my wife was very much aware how difficult the 25th of April is for me.  My Parents were married on that day in 1955 they divorced suddenly after 24 years of marriage.  My dad & his girlfriend were expecting a son, my grandfather was devastated.  The following April, on the 25th (1990) he died that would have been their 25th wedding anniversary. Now on the 25th, I can add celebrating my arrest & being served with divorce papers before our 30th wedding anniversary.

## 2016

May 7&8 went up to Poughkeepsie MD used the restraining order to keep me from my Son's final Rugby game as a senior about to graduate from Vassar. MD fought on the field with my daughter & threatened to have her arrested. MD refused to spend Mother's Day with daughter. Distressed daughter locked herself in her car for 3hrs & was unresponsive.

May 10- Per court agreement began looking for housing for my daughter & I in NYC for her HS internship at my place of work.  Ended getting a discounted rate at the Bentley Hotel was the best furnished option available in the vicinity while we continued to petition the court for interim occupancy.

May 13- MD stole our $8k cash & used part of it to open the pool refusing my attorney's requests to let me  open it as always.  My daughter went to the house to check the pool and she was threatened with arrest.

May

Chief Ryan conducted a meeting with MD & Velez family where they decided it wouldn't be safe for Plaintiff's daughter attend her preprom with her date.  Chief Ryan deemed Allysa a threat & offered his police force for private security at this private event to prevent her participation.

June 9- Wife stole $4,004.07 from my mothers bank account Chief Ryan never acknowledged this complaint.  I was able to recoup this money in Divorce Proceedings.

June 17- Awarded interim occupancy

June 20- Plaintiff and daughter  went home

June 21- Order stayed on a technicality pending a new appeal that was filed with now another court battle for us to fight. The scales were again tipped against us using Chief Ryan's reports & allegations to evict a minor & the parent awarded custody in family court back on the street

June 22-  We had to leave our home. My daughter was graduating high school.

June 23-  We left home again & learned that there was an attempt by Chief Ryan & MD to create a situation in order to entrap us so that I would be arrested again.

August 19 Cornell move in. I was prevented from being able to help my daughter.

Oct 2016 stole 1000 from various accounts, unauthorized charges continued  on credit cards in violation of attorney agreement. She later stole all my money from house approx $8k. MD violated all of our belongings, ransacked & stole our things.

## 2017

Jan 17-Police harassment when making scheduled attempt to retrieve my things. I was detained & questioned regarding confidential settlement papers exchanged with MD's divorce attorney.  My therepist had corresponded to protect me and contacted the police to get me released when I was detained.

Feb. 21st- Went to PRPD to make arrangements for my grandfather's hunting rifle Chief Ryan got extremely upset he threatened that he would falsely allege I pushed him when he was at my house.  He insulted me in front of my daughter &  his staff & said that "I lost everything because I don't know how to behave in my own home".

March 9th - Wrote to Chief Ryan about returning to town & provided supporting facts that I was set up. Copied Town supervisor attorney, MD's attorney, Judge Walsh, and the Fire Department.  At the subsequent department meeting the plaintiff was reprimanded by Officer James Dodge & told not to share any further such communications with the department.

March 10- Moved back to the house.  There was another set up attempt by the PD. We brought professionals to witness.  House was deplorable condition Our possessions had been violated and belongings had been taken. By the time we got home in MD had purchased a new car and all of our cash money was gone.

April 4th- Wrote to MD's attorney about the Propane fire that occurred at the plaintiff's house. As was verified by the propane company the line

feeding the house & but the PRPD responded instead and would not investigate this suspicious fire.

June-  Alyssa diagnosed with 6 ulcers after endoscopy

## 2018 emails with Chief Brent asking plaintiff to resign

1/25/2018 text from Justin with forward of letter to dump absentee members and follow-up texts encouraging Peter to resign

2/05/18 Peter to Justin email notifying of intent to remain in PRFD

02/07/2018 Email from Salvato to to former fire Chief Justin Brent

POUND RIDGE POLICE DEPT.

Assignment No.

Offense No. _127417_

**RECEIPT FOR PROPERTY**

Date _4-1-16_                                      Time _____

Physical Evidence ( ___ )    Personal Property ( ✓ )    Recovered Property ( ___ )    Found Property ( ___ )

Name _____                        Address _____

| QUANTITY | NAME OF ARTICLE AND DESCRIPTION | SERIAL NO. |
|---|---|---|
| 1 | Browning Auto 5 12 gauge Shotgun | 2035TRN211 |
|  | Recovered pursuant to T/O/P |  |

Circumstances of release

Release to                                      Address

Released by                Rank    Approved by                Rank

**RECEIVED THE ABOVE DESCRIBED PROPERTY**

Signed                Address _PRPD_        Phone _914 764-4206_    Date _4-1-16_
                                                                    (TYPE OR PRINT ONLY)

Restraining order ended November 14, 2018 attempted to retrieve gun until March 2019

Exchanged multiple emails & went to the Town House & met with chief Ryan.

- 2/08/2019 Peter contacted about gun by PRPD
- 2/13/2019 Email from Peter to Ryan stating he received call from Officer Armistead and response from Ryan satting her would get back to him
- 2/22/2019 Email to Ryan from Peter asking for disposition of gun and reiteration that Patti sent fax she felt he was no threat

- 2/26/2019 email from Salvato to Ryan to request property return
- 3/01/2019 email peter to westchester DA asking for more info re: law and forwarding communication with Ryan re gun
- 3/26/2019 email Peter to Ryan requesting gun back or update



2017-present: MD has used false DV narrative to start an organization to help victims of domestic violence. . Town officials including  Dick Lyman and Chief Ryan continue to work with MD to promote her activities publicly in various towns, papers and on television despite being advised several years prior of the fraud she was perpetuating in claiming victimhood of DV (March 9 2017letter acknowledged by both Lyman and Ryan cc to Harrington)  The town officials and Chief Ryan has been present and a part of accepting hundreds of thousands of grant money for this cause based upon false allegations set forth by MD in the plaintiffs home town including fundraising events, dinners, press conferences etc. Additionally MD has continued her defamatory character assaination against the plaintiff via a comedy act (July 24, 2020) at a local theatrical venue and an internet podcast (Sept 28, 2020). Additionally banners, signs and ribbons prompting MD's DV cause were put up along daughters running path in town and across from the Fire House earlier this month.  This continues to cause pain and suffering to the plaintiff and his daughter as the defamation and libel is perpetuated   and enabled by the town and law officials who are supposed to provide equal protection and abide by the release they signed.



Defendant Steven Eidam was party to initiating the police complaints and responsible for perpetuating the alleged police bias and harassment.

Eidam alleged the plaintiff 'threatened his life and was responsible for influencing others to do the same & attack my character.

In retaliation for me addressing the sexual harassment claims made against the fire chief, the plaintiff has been subjected to years of harassment & hostility. Subsequent to my arrest as the complaint references,I was prohibited from specific communications, including with anyone in PRFD.  As evidenced in a letter sent 8/11/20 to defendant counsel there were written communications instructing the plaintiff to resign.

explanation. The world my kids knew was crushed, they are being made to live a lie, I can't have that.  To this day I find myself being asked by my neighbors about the ongoing public campaign against us.  I was not found guilty of any crime. Yet

[24] Pete don't go crazy and keep yourself up and not getting sleep. You need to be fresh and be able to take on anything your dealing with in the business and life. It's just easier to resign for now and when things change for the better then we talk. Just pls send in you letter by February 5th so we do this the right way. If I don't hear from you by the 5 I will have to remove your from the rolls of member and then that sucks. If you send me a letter is so much better Pete. Tks" (Text from former Chief Justin Brent)

2

Plaintiff was advised that as the Fire Department is completely volunteer and there is no pension plan this does not qualify as an EEOC claim.

.
o